# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Barbara Smith v. Ethicon, Inc. et al.*<br><br>Case No. 2:12-cv-04791 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2019, a true and correct copy of **(1) Plaintiff's Responses and Objections to Defendants' First Set of Requests for Production to Plaintiff; (2) Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission to Plaintiff; and (3) Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories to Plaintiff,** along with the Certificate of Service, was served via electronic mail on the following counsel of record:

Margaret Loveman, Esq.
Butler Snow LLP
One Federal Place
Suite 1100
Birmingham, AL 35203
margaret.loveman@butlersnow.com

Michael Hewes, Esq.
Butler Snow LLP
1300 25th Avenue
Suite 204
Gulfport, MS 39501
michael.hewes@butlersnow.com

William Gage, Esq.
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39158
William.gage@butlersnow.com

**DOYLE LOWTHER LLP**

By: <u>/s Chris Cantrell</u>

Chris W. Cantrell (CA #290874)
William J. Doyle II
DOYLE LOWTHER LLP
4400 NE 77th Avenue, Suite 275
Vancouver, WA 98662
Phone: (360) 818-9320
Fax: (360) 450-3116
ccantrell@doylelowther.com
bill@doylelowther.com
*Attorney for Plaintiffs*