IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BARBARA SMITH and
GARY SMITH,

    Plaintiffs,

v.                              Case No.: 2:12-cv-04791

ETHICON, INC., et al,

    Defendants.

## ORDER

Pending before the court are Plaintiffs Barbara and Gary Smith's Motion for Protective Order, (ECF No. 55), and Plaintiffs' Notice of Withdrawal of Motion for Protective Order, (ECF No. 57). Given that this discovery dispute has been resolved, the court **GRANTS** Plaintiffs' Notice of Withdrawal and **DENIES** Plaintiffs' Motion for Protective Order as moot. It is so **ORDERED**.

The Clerk is directed to provide a copy of this Order to counsel of record and any unrepresented party.

**ENTERED:** July 2, 2019

Cheryl A. Eifert
United States Magistrate Judge